# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B. Molzen

United States Magistrate Judge

Clerk's Minutes – Initial

| Date: | 8/25/2017 | Case Number: | 17-mj-2217 KBM | |
|---|---|---|---|---|
| Case Title: USA v. | Dawn Bennett | Liberty: | Rio Grande @ | 11:57 |
| Courtroom Clerk: | E. Romero | Total Time: | 13 minutes | |
| Probation/Pretrial: | Anthony Galaz | Interpreter: | n/a | |

ATTORNEYS PRESENT:

| Plaintiff: | Kim Brawley | Defendant: | Pro-Se |
|---|---|---|---|

PROCEEDINGS:

| ☒ | Defendant Sworn | | | |
|---|---|---|---|---|
| ☒ | Defendant received copy of charging document | | | |
| ☒ | Defendant advised of rights and penalties | | | |
| ☐ | Defendant wants Court appointed counsel | | | |
| ☒ | Government moves to detain | | | |
| ☒ | Defendant remanded to the custody of the United States Marshal's Service | | | |
| ☒ | Identity/Detention | Rio Grande | 8/25/2017 | @ 3:30 pm |
| ☒ | Other: Defendant will hire counsel; If attorney is unavailable today @ 3:30 pm hearings will be rescheduled for Monday, August 28, 2017. | | | |