| | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE | | | |
|---|---|---|---|---|
| | Before the Honorable Karen B. Molzen | | | |
| | United States Magistrate Judge | | | |
| | Clerk's Minutes – Identity / Detention | | | |
| Date: | 8/25/2017 | Case Number: | 17-mj-2217 KBM | |
| Case Title: USA v. | Dawn Bennett | Liberty: | Rio Grande @ | 3:43, 4:07 & 4:14 |
| Courtroom Clerk: | E. Romero | Total Time: | 1 hour 2 mintes | |
| Probation/Pretrial: | Andrew Selph | Interpreter: | n/a | |

ATTORNEYS PRESENT:

| Plaintiff: | Jennifer Rozzoni | Defendant: | Eugene Ingoglia and Nancy Cusack |
|---|---|---|---|

PROCEEDINGS:

| ☒ | Defendant waives Identity hearing and requests preliminary hearing be held in charging district | |
|---|---|---|
| ☐ | Defendant waives detention hearing | |
| ☒ | Defendant released on his/her own recognizance w/conditions | |
| ☐ | Defendant to be returned to | |
| ☒ | Other: Mr. Ingoglia requests release; Government objects; Oral report by Pretrial; Court will release defendant w/$5,000,000.00 unsecured bond and conditions; Defendant to report for preliminary hearing in charging district. | |